IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**ALICE R. BOYD**                                                                            **PLAINTIFF**

**NO. 1:20-CV-00159-JMV**

**COMMISSIONER OF SOCIAL SECURITY**                                   **DEFENDANT**

## **FINAL JUDGMENT**

Consistent with the Memorandum Opinion [25] entered today,

IT IS ORDERED, ADJUDGED, and DECREED that this case is REVERSED and REMANDED to the Commissioner of Social Security pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

SIGNED this 2nd day of September, 2021.

                                                           /s/ Jane M. Virden
                                                           UNITED STATES MAGISTRATE JUDGE